# EXHIBIT 1

Under Amour



| Item: | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description: | | | | | | | | | | | | |
| Regular Price: | $79.99 | $74.99 | $34.99 | $134.99 | $49.99 | $59.99 | | $54.99 | $29.99 | $50.00 | $49.99 | $49.99 |
| Sale Sign: | 30% Off | 40% Off | 40% Off | 30% Off | 50% Off | 40% Off | 30% Off | 40% Off | 40% Off | 40% Off | 40% Off | 30% Off |
| Date: | | | | | | | | | | | | |
| Monday 7/1/19 | 30% Off | 40% Off | 40% Off | 30% Off | 50% Off | 40% Off | 30% Off | 40% Off | 40% Off | 40% Off | 40% Off | 30% Off |
| Continuously discounted through: | | | | | | | | | | | | |
| Thursday 10/31/19 | 30% Off | 40% Off | 40% Off | 30% Off | 50% Off | 40% Off | 30% Off | 40% Off | 40% Off | Gone - sold out Not available 10/31 | Gone - sold out Not available 10/31 | 30% Off |