JS-6

# UNITED STATES DISTRICAT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILDA DAHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC., a Maryland corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-03706-PA-JEM<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Upon consideration of the parties' Stipulation, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Matilda Dahlin and Defendant Under Armour, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own fees and costs.

DATED: February 10, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE